**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALAN J. ROSS and | ) |
| SAVE ASSOCIATES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Act. No. 12-102-CJB |
| | ) |
| BALSHE LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **9th day of February, 2012**, having reviewed the complaint,

IT IS ORDERED, as follows:

On or before **March 9, 2012**, plaintiff Save Associates shall retain counsel, as a

corporation or other artificial entity cannot represent itself. *See Rowland v. California Men's*

*Colony*, 506 U.S. 194, 201-02 (1993); *James v. Daley and Lewis*, 406 F. Supp. 645, 648 (D. Del.

1976). Additionally, co-plaintiff Alan J. Ross, a non-lawyer, may not appear on behalf of, or

represent, Save Associates. *See Van De Berg v. C.I.R.*, 175 F. App'x 539, 541 (3d Cir. 2006)

(not reported). The failure of Save Associates to comply with this order shall be considered a

failure to prosecute and its claims shall be dismissed.

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE