OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS



049J82023030

$00.45⁰
02/09/2012
Mailed From 19801
US POSTAGE

CA 12-102 ( CJB )



SAVE Associates
687 Highland Avenue
Needham, MA 02494

NIXIE        015   5E 1           00  02/17/12
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 19801357099        *1727-00244-09-30

02494$2232
       19801@3570

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN J. ROSS and<br>SAVE ASSOCIATES,<br><br>      Plaintiffs,<br><br>v.<br><br>BALSHE LLC, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. Act. No. 12-102-CJB<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this **9th day of February, 2012**, having reviewed the complaint,

IT IS ORDERED, as follows:

On or before **March 9, 2012**, plaintiff Save Associates shall retain counsel, as a corporation or other artificial entity cannot represent itself. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *James v. Daley and Lewis*, 406 F. Supp. 645, 648 (D. Del. 1976). Additionally, co-plaintiff Alan J. Ross, a non-lawyer, may not appear on behalf of, or represent, Save Associates. *See Van De Berg v. C.I.R.*, 175 F. App'x 539, 541 (3d Cir. 2006) (not reported). The failure of Save Associates to comply with this order shall be considered a failure to prosecute and its claims shall be dismissed.

                                                                       */s/ Christopher J. Burke*
                                                                       Christopher J. Burke
                                                                       UNITED STATES MAGISTRATE JUDGE