CA 12-102

FEB 23 2012

## Affadavit of Process Server

### U.S. DIST.COURT FOR DIST OF DELAWARE

Name of Court

| ALAN J ROSS ET AL | vs | BALSHE LLC ET AL et al | January 2012 12-102 |
|---|---|---|---|
| Plantiff Name | | Defendant Name | Case Number |

I, **TYRONE WILLIAMS**, being first duly sworn, depose and say: that I am over the age of 18 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authroized by law to perform said service.

**Service:** I served: THE MEYER-CHATFIELD CORP

Name of Person/Entity being served

with: _____

By leaving with: *CAROL MONAGHAN*    *Employee*
                  Name                  Relationship

At a   Business   Located at: 261 OLD YORK RD STE 614
                               JENKINTOWN, PA 19046

On:        2/7/2012                    2:11 PM
           Date                         Time

### Manner of Service
**Substituted at Business**

By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

### Description

Age *50*   Sex *F*   Race *White*   Height *5'5"*

Weight *140*   Hair ___   Beard ___   Glasses ___


*Signature of Process Server*

SUBSCRIBED AND SWORN to before me this  7  day of February 2012  by TYRONE WILLIAMS
Proved to me on to basis of satisfactory evidence to be the person(s) who appeared before me.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 10, 2013

**HEAVEN SENT**
WORLDWIDE COURIER
**Heaven Sent Couriers**

*Signature of Notary Public*
NOTARY PUBLIC for the state of Pennsylvania

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALAN J. ROSS and SAVE ASSOCIATES**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BALSHE LLC, THE SIMON LAW FIRM and THE MEYER-CHATFIELD CORP.**<br><br>**Defendants** | )<br>)<br>)<br>)<br>)  Case No. _12-102_<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: The Meyer-Chatfield Corporation
   261 Old York Road – Suite 614
   Jenkintown, Pennsylvania 19046

   A lawsuit has been filed against you in the above-entitled Court by Alan J. Ross and SAVE Associates.

   Within 21 days after the service of this summons on you (not counting the day you received it) you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff whose name and address are:

   Alan J. Ross                      SAVE Associates
   974 Dedham Street                 C/O Magier Law
   Newton, Massachusetts 02459       687 Highland Avenue – Suite 1
                                     Needham, Massachusetts 02494

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

*CLERK OF COURT*

Date: _____     By: _____

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc: