# SAVE ASSOCIATES
# ALAN J. ROSS

February 15, 2012

United States District Court
for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801-3570

Re: Alan J. Ross and SAVE Associates v. Balshe LLC and The Simon Law Firm
and Meyer-Chatfield Corporation- Case No. 12cv102

To the Clerk,

Please find enclosed for the Courts records, proof of service to Defendants Balshe LLC and The Simon Law Firm and the Meyer-Chatfield Corporation in regard to Case No. 12-102 . Also enclosed are copies of the Summons that were served.

Thank you for your attention to this matter.

Sincerely,

Alan J. Ross, Pro Se (for Alan J. Ross and SAVE Associates)

Alan J. Ross: RAB
Enclosures

FEB 23 2012

Case 1:12-cv-00102-CJB Document 10 Filed 02/23/12 Page 2 of 2 PageID #: 99

