IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN J. ROSS and SAVE ASSOCIATES, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 12-102-LPS-CJB |
| | : |
| INSTITUTIONAL LONGEVITY ASSETS LLC., | : |
| | : |
| Defendant. | : |

## ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 48) dated September 20, 2013;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendant's motion to transfer venue (D.I. 40).

WHEREAS, any Objections to the Report and Recommendation were to be filed by October 7, 2013;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 48) is **ADOPTED** and Defendant's motion to transfer venue (D.I. 40) is GRANTED.

Dated: October 10th, 2013

_____
UNITED STATES DISTRICT JUDGE